**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY VINCENTE GUGLIOTTA, ) | No. CV 03-9615-SJO(CW) |
| ) | |
| Petitioner,  ) | JUDGMENT |
| ) | |
| v.  ) | |
| ) | |
| SILVIA GARCIA (Warden),  ) | |
| ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   January 6, 2012

_____
S. JAMES OTERO
United States District Judge